IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shirley, Keia N

Printed: 10/22/08

Case Number: 06 B 05006
Judge: Wedoff, Eugene R
Filed: 5/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 4, 2008
Confirmed: July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 51,280.00 |  |
| Secured: |  | 46,586.83 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,693.17 |
| Other Funds: |  | 0.00 |
| Totals: | 51,280.00 | 51,280.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | ShoreBank | Secured | 55,615.41 | 40,701.62 |
| 3. | City Of Chicago | Secured | 284.92 | 284.92 |
| 4. | Nuvell Credit Company LLC | Secured | 6,990.65 | 1,469.97 |
| 5. | Monterey Financial Services | Secured | 1,718.40 | 364.87 |
| 6. | ShoreBank | Secured | 14,500.00 | 3,765.45 |
| 7. | Capital One | Unsecured | 430.70 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,250.00 | 0.00 |
| 9. | Nuvell Credit Company LLC | Unsecured | 6,798.56 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 365.28 | 0.00 |
| 11. | City Of Chicago | Unsecured | 31.73 | 0.00 |
| 12. | Cash America | Unsecured | 666.08 | 0.00 |
| 13. | Capital One | Unsecured | 897.10 | 0.00 |
| 14. | America's Financial Choice Inc | Unsecured | 622.10 | 0.00 |
| 15. | Monterey Financial Services | Unsecured | 297.76 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 187.16 | 0.00 |
| 17. | Brinks | Unsecured |  | No Claim Filed |
| 18. | Allied Interstate | Unsecured |  | No Claim Filed |
| 19. | ACL Inc | Unsecured |  | No Claim Filed |
| 20. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 21. | NDC Check Services | Unsecured |  | No Claim Filed |
| 22. | Check Into Cash | Unsecured |  | No Claim Filed |
| 23. | Mages & Price | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 25. | Nextel Communications | Unsecured |  | No Claim Filed |
| 26. | Seventh Avenue | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Shirley, Keia N | Case Number: 06 B 05006 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 5/4/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Torres Credit | Unsecured | | No Claim Filed |
| 28. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 29. | Pay Day Loans | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 32. | Danley Lumber | Unsecured | | No Claim Filed |
| 33. | Westside Emergency Physicians | Unsecured | | No Claim Filed |
| 34. | Village Radiology, Ltd. | Unsecured | | No Claim Filed |
| | | | $ 92,655.85 | $ 48,586.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 8.98 |
| 5% | 420.84 |
| 4.8% | 823.69 |
| 5.4% | 1,082.16 |
| 6.5% | 357.50 |
| | $ 2,693.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

